**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9        FOR THE NORTHERN DISTRICT OF CALIFORNIA
10

| | |
|---|---|
| DANNY F. ATTERBURY, | No. C 10-0274 LHK (PR) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTION FOR |
| v. | APPOINTMENT OF COUNSEL |
| DAVE GRAZAINI, et al., | |
| Defendants, | |
| | (Docket No. 12) |

16          Plaintiff, proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983

17    against prison officials.  Plaintiff's motion for appointment of counsel (docket no. 12) is DENIED

18    for want of exceptional circumstances. *See Rand v. Rowland*, 113 F.3d 1520, 1525 (9th Cir. 1997);

19    *see also Lassiter v. Dep't of Social Services*, 452 U.S. 18, 25 (1981) (there is no constitutional right

20    to counsel in a civil case).  The issues in this case are not particularly complex, and Plaintiff has thus

21    far been able to adequately present his claims.  This denial is without prejudice to the Court's *sua*

22    *sponte* appointment of counsel at a future date should the circumstances of this case warrant such

23    appointment.

24          This order terminates docket no. 12.

25          IT IS SO ORDERED.

26    DATED:    3/4/11          _____

27                              LUCY H. KOH
                                United States District Judge

28

Order Denying Plaintiff's Motion for  Appointment of Counsel
P:\PRO-SE\SJ.LHK\CR.10\Atterbury274.Atty.frm