IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY F. ATTERBURY,       )<br>                                               )<br>           Plaintiff,             )<br>                                               )<br>   v.                                       )<br>                                               )<br>DAVE GRAZAINI, et al.,       )<br>                                               )<br>           Defendants.         )<br>_____) | No. C 10-0274 LHK (PR)<br><br>ORDER GRANTING DEFENDANTS' AMENDED EX PARTE MOTION TO ENLARGE TIME FOR FILING MOTION FOR SUMMARY JUDGMENT |

Plaintiff, a former civil detainee at Napa State Hospital ("NSH"), proceeding *pro se*, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. Before the Court is Defendants' amended ex parte motion to enlarge time for filing their motion for summary judgment.

Because it appears no party would be prejudiced by an extension, Defendants' ex parte motion to enlarge time is GRANTED. Defendants shall file their motion for summary judgment on or before **August 11, 2011**. Plaintiff shall file his opposition within **thirty (30) days** thereafter. Defendants shall file their reply **fifteen (15) days** from the date Plaintiff's opposition is filed.

This order terminates docket no. 28.

IT IS SO ORDERED.

DATED:   7/24/11

LUCY H. KOH
United States District Judge

Order Granting Defendants' Request for Amended ex Parte Motion to Enlarge Time for Filing Motion for Summary Judgment
P:\PRO-SE\SJ.LHK\CR.10\Atterbury274Defendant-eot-msj.wpd