IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY F. ATTERBURY, | ) | No. C 10-0274 LHK (PR) |
| Plaintiff, | ) ) | INSTRUCTIONS TO THE CLERK |
| v. | ) ) | |
| DAVE GRAZAINI, et al., | ) ) | |
| Defendants. | ) ) | |

Plaintiff, a former civil detainee at Napa State Hospital ("NSH"), proceeding *pro se*, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. On July 12, 2011, the Court received a Section 1983 complaint from Plaintiff in which he referenced this action, C-10-0274 LHK, and the Clerk mistakenly inferred that Plaintiff wished to file the complaint under that same case number. Instead, a closer review of the received Section 1983 complaint demonstrates that Plaintiff intended to commence a new action.

Accordingly, the Clerk is directed to strike the notation (docket number 27) that Plaintiff's Section 1983 was received in the instant action, open a new case, and file Plaintiff's received Section 1983 complaint in the new action.

IT IS SO ORDERED.

DATED:   7/29/11

LUCY H. KOH
United States District Judge

Instructions to the Clerk
P:\PRO-SE\SJ.LHK\CR.10\Atterbury274misfiled.wpd