IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY F. ATTERBURY,<br><br>    Plaintiff,<br><br>  v.<br><br>DAVE GRAZAINI, et al.,<br><br>    Defendants. | No. C 10-0274 LHK (PR)<br><br>ORDER DENYING DEFENDANTS' MOTION TO SEAL; GRANTING DEFENDANTS' SECOND EX PARTE MOTION TO ENLARGE TIME FOR FILING OF MOTION FOR SUMMARY JUDGMENT<br><br>(Docket Nos. 32, 34) |

    Plaintiff, a former civil detainee at Napa State Hospital, proceeding *pro se*, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. Defendants have filed a motion to seal, requesting that their motion for summary judgment and related declarations be sealed. However, the motion does not conform to Civil Local Rule 79-5(b). Specifically, Defendants did not lodge with the Clerk nor provide a chambers copy of the documents requested to be sealed. *See* Civil L.R. 79-5(b)(3), (b)(4). Accordingly, the motion to seal is DENIED without prejudice.

    Defendants have also filed a second ex parte motion to enlarge the time for filing their motion for summary judgment. Plaintiff has filed his non-opposition. Accordingly, Defendants' request for an enlargement of time is GRANTED. Defendants shall file their dispositive motion on or before **November 9, 2011**. Plaintiff shall file his opposition within **thirty (30) days** thereafter. Defendants shall file their reply **fifteen (15) days** from the date Plaintiff's opposition is filed.

Order Denying Defendants' Motion to Seal; Granting Defendants' Second Ex Parte Motion to Enlarge Time for Filing of Motion for Summary Judgment
P:\PRO-SE\SJ.LHK\CR.10\Atterbury274Defendant-eot-msj2.wpd

This order terminates docket numbers 32 and 34.

IT IS SO ORDERED.

DATED:  8/28/11

_____
LUCY H. KOH
United States District Judge