| | |
|---|---|
| 1 | KAMALA D. HARRIS<br>Attorney General of California |
| 2 | SUSAN M. CARSON<br>Supervising Deputy Attorney General |
| 3 | JENNIFER C. ADDAMS<br>Deputy Attorney General |
| 4 | State Bar No. 209355<br> 455 Golden Gate Avenue, Suite 11000 |
| 5 |  San Francisco, CA 94102-7004<br> Telephone: (415) 703-5382 |
| 6 |  Fax: (415) 703-5480<br> E-mail: Jennifer.Addams@doj.ca.gov |
| 7 | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY F. ATTERBURY,<br><br>                            Plaintiff,<br><br>   v.<br><br>DAVE GRAZAINI, et al.,<br><br>                            Defendant. | C 10-0274 LHK (pr)<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Date:         None by Order of the Court<br><br>Judge         The Honorable Lucy H. Koh<br>Courtroom: 4<br><br>Action Filed: February 8, 2011 |

Defendants David Graziani, Jeffrey Zwerin, D.O. and Ed Foulk (Defendants) filed an administrative motion to file the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5:

    1.    Defendants' Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof;

    2.    Declaration of Jeffrey Zwerin, D.O. in Support of Defendants' Motion for Summary Judgment and documents attached thereto;

    3.    Declaration of David Graziani in Support of Defendants' Motion for Summary Judgment;

1

4. Declaration of Paul Anderson, M.D. in Support of Defendants' Motion for Summary Judgment and documents attached thereto;

5. Declaration of Claude Edward Foulk in Support of Defendants' Motion for Summary Judgment.

The Court finds that each of the above-listed documents contains information relating to plaintiff's treatment at Napa State Hospital, and that such information cannot reasonably be redacted from any of the above-listed documents. The Court concludes that such information is plaintiff's confidential and protected information; that Defendants may disclose such information to the Court and to plaintiff for the purposes of defending themselves against plaintiff's allegations in this action; and that plaintiff's privacy interest in such information outweighs any interest in allowing the disclosure of such information to the general public. See 45 C.F.R. §§ 160.101 et seq. & 164.102 et seq.; Cal. Welf. & Inst. Code § 5328. Accordingly, the Court hereby orders that the above-listed documents shall be sealed pursuant to Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: 11/30/11

*[signature: Lucy H. Koh]*

The Honorable Lucy H. Koh

SF2011201321
20493424.doc