KAMALA D. HARRIS
Attorney General of California
SUSAN M. CARSON
Supervising Deputy Attorney General
JENNIFER C. ADDAMS
Deputy Attorney General
State Bar No. 209355
  455 Golden Gate Avenue, Suite 11000
  San Francisco, CA  94102-7004
  Telephone:  (415) 703-5382
  Fax:  (415) 703-5480
  E-mail:  Jennifer.Addams@doj.ca.gov
*Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY F. ATTERBURY,<br><br>                      Plaintiff,<br><br>v.<br><br>DAVE GRAZAINI, et al.,<br><br>                      Defendant. | C 10-0274 LHK (pr)<br><br>[~~PROPOSED~~] ORDER GRANTING ADMINISTRATIVE MOTION TO FILE UNDER SEAL<br><br>Date:     None by Order of the Court<br><br>Judge    The Honorable Lucy H. Koh<br>Courtroom: 4<br><br>Action Filed:  February 8, 2011 |

     Defendants David Graziani, Jeffrey Zwerin, D.O. and Ed Foulk (Defendants) filed an administrative motion to file the following documents under seal pursuant to Civil Local Rules 7-11 and 79-5:

     1.    Defendants' Notice of Motion and Motion for Summary Judgment; Memorandum of Points and Authorities in Support Thereof;

     2.    Declaration of Jeffrey Zwerin, D.O. in Support of Defendants' Motion for Summary Judgment and documents attached thereto;

     3.    Declaration of David Graziani in Support of Defendants' Motion for Summary Judgment;

1

4. Declaration of Paul Anderson, M.D. in Support of Defendants' Motion for Summary Judgment and documents attached thereto;

5. Declaration of Claude Edward Foulk in Support of Defendants' Motion for Summary Judgment.

The Court finds that each of the above-listed documents contains information relating to plaintiff's treatment at Napa State Hospital, and that such information cannot reasonably be redacted from any of the above-listed documents. The Court concludes that such information is plaintiff's confidential and protected information; that Defendants may disclose such information to the Court and to plaintiff for the purposes of defending themselves against plaintiff's allegations in this action; and that plaintiff's privacy interest in such information outweighs any interest in allowing the disclosure of such information to the general public. See 45 C.F.R. §§ 160.101 et seq. & 164.102 et seq.; Cal. Welf. & Inst. Code § 5328. Accordingly, the Court hereby orders that the above-listed documents shall be sealed pursuant to Civil Local Rule 79-5.

IT IS SO ORDERED.

Dated: 11/30/11

*Lucy H. Koh*

The Honorable Lucy H. Koh

SF2011201321
20493424.doc