IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY F. ATTERBURY, | ) | No. C 10-0274 LHK (PR) |
| Plaintiff, | ) ) | ORDER GRANTING MOTION TO VOLUNTARILY DISMISS |
| v. | ) ) | |
| DAVE GRAZAINI, et al., | ) ) | |
| Defendants. | ) ) | |

    Plaintiff, a former civil detainee at Napa State Hospital ("NSH"), proceeding *pro se*, filed a second amended civil rights complaint pursuant to 42 U.S.C. § 1983. On February 9, 2012, Plaintiff filed a "motion based on advise of friends and relatives." The Court construes this motion as a motion to voluntarily dismiss this action. So construed, Plaintiff's motion is GRANTED. *See* Fed. R. Civ. P. 41(a)(2). This action is DISMISSED without prejudice.[1]

    The Clerk shall terminate all pending motions and close the file.

    IT IS SO ORDERED.

DATED: 2/21/12

LUCY H. KOH
United States District Judge

---

[1] To the extent Plaintiff wishes to voluntarily dismiss several of his other pending lawsuits, he must file a motion of voluntary dismissal in each separate action.

Order Granting Motion to Voluntarily Dismiss
G:\PRO-SE\SJ.LHK\CR.10\Atterbury274voldis.wpd