IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DANNY F. ATTERBURY, | ) | No. C 10-0274 LHK (PR) |
| Plaintiff, | ) | JUDGMENT |
| v. | ) | |
| DAVE GRAZAINI, et al., | ) | |
| Defendants. | ) | |

The Court dismisses this action without prejudice. A judgment is entered accordingly. The Clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/21/12

*Lucy H. Koh*
LUCY H. KOH
United States District Judge

Judgment
G:\PRO-SE\SJ.LHK\CR.10\Atterbury274jud.wpd